**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | **Case No. 5:25-CV-00790-JKP-ESC** |
| STERN ROCK CAPITAL LLC and | § | |
| ZACHARY NEMAN | § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Mark Anthony Ortega, Plaintiff in the above-named case, appearing pro se, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following orders entered by the Honorable Jason Pulliam:

a.  The Memorandum Opinion and Order granting Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 27), entered on February 11, 2026; and

b.  The Order denying Plaintiff's Motion to Alter or Amend Judgment under Rule 59(e) (ECF No. 30), entered on February 23, 2026.

Dated: February 24, 2026                   Respectfully submitted,

*/s/ Mark Anthony Ortega*
Mark Anthony Ortega
Plaintiff, Pro Se
mortega@utexas.edu
PO Box 702099
San Antonio, TX 78270
 210) 744-9663

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, a true and correct copy of the foregoing document was served upon Defendants via First Class Mail, postage prepaid, to the following address:

Zachary Neman and Stern Rock Capital LLC
7 Aspen Place,
Great Neck, NY 11021
zachnem@gmail.com

/s/ *Mark Anthony Ortega*
Mark Anthony Ortega
Plaintiff, Pro Se

2