

U.S. COURT OF APPEALS
RECEIVED
**Mar 03, 2026**
FIFTH CIRCUIT

No. 26-50171

## In the United States Court Of Appeals, 5th Circuit

Mark Anthony Ortega
Plaintiff- Appellant,

v.

Stern Rock Captial L..L.C.; Zachary Neman,
Defendants-Appellees

## NOTICE OF APPEARANCE OF PRO SE APPELLANT

Please take notice that Plaintiff-Appellant, Mark Anthony Ortega, hereby enters his appearance pro se in the above-captioned appeal.

Appellant requests that all future notices, correspondence, orders, and pleadings in this matter be served upon him at the mailing address and email address listed below.

Dated: March 3, 2026

Respectfully Submitted,

*/s/ Mark Anthony Ortega*
Mark Anthony Ortega
P.O. Box 702099
San Antonio, TX 78231
(210) 744-9663
mortega@utexas.edu

## <u>CERTIFICATE OF SERVICE</u>

I, Mark Anthony Ortega, hereby certify that on March 3, 2026, a true and correct

copy of this Notice of Appearance was served on all parties of record via US First

Class Mail and Email to the following:

**Zachary Neman**
7 Aspen Place
Great Neck, NY 11021
Email: zachnem@gmail.com

**Stern Rock Capital L.L.C.**
Registered Agent: Zachary Neman
7 Aspen Place
Great Neck, NY 11021
Email: zachnem@gmail.com

By: */s/ Mark Anthony Ortega*
Mark Anthony Ortega