

U.S. COURT OF APPEALS
RECEIVED
Mar 13, 2026
FIFTH CIRCUIT

**No. 26-50171**

---

**In the United States Court Of Appeals, 5th Circuit**

---

Mark Anthony Ortega
Plaintiff- Appellant,

v.

Stern Rock Capital L.L.C.; Zachary Neman,
Defendants-Appellees

---

**APPELLANT'S REPLY TO APPELLEES' OPPOSITION TO MOTION
FOR PERMISSION TO FILE ELECTRONICALLY**

---

Pursuant to Federal Rule of Appellate Procedure 27(a)(4), Appellant Mark Anthony Ortega, appearing pro se, respectfully submits this Reply to the Appellees' Opposition to Appellant's Motion for Permission to File Electronically.

## I. Appellant Attempted to Confer in Good Faith

Appellees note in their Opposition that they do not consent to the Motion. As a point of clarification for the Court, Appellant made a good faith effort to confer with Appellee Zachary Neman prior to filing. Appellant emailed Mr. Neman on March 3, 2026, requesting his position on the motion. (See Exhibit A, attached hereto). Having received no response by the time of filing, Appellant accurately reported to the Court that no consent was available at that time.

## II. Appellees Will Suffer No Prejudice as Traditional Service Will Continue

1

Appellees' primary objection to this Motion rests on the mistaken belief that granting Appellant e-filing privileges will force Appellees to "monitor and respond via electronic means" and use the PACER system.

This concern is unfounded. Appellant is fully aware that if one party is a registered CM/ECF user and the opposing party is not, the registered user is legally obligated to serve the non-registered party via traditional paper service.

If the Court grants this Motion, Appellant fully commits to continuing to serve Appellees with physical, paper copies of all briefs, motions, and notices via First-Class U.S. Mail, exactly as has been done thus far.

Because traditional service will remain uninterrupted, Appellees will suffer zero prejudice, burden, or confusion. Conversely, allowing Appellant to utilize the Court's CM/ECF system, including the brief template and brief checker, will promote administrative efficiency for both the Appellant and the Court.

Dated: March 13, 2026                    Respectfully Submitted,

*/s/ Mark Anthony Ortega*
Mark Anthony Ortega
P.O. Box 702099
San Antonio, TX 78231
(210) 744-9663
mortega@utexas.edu

## CERTIFICATE OF COMPLIANCE

I, Mark Anthony Ortega, undersigned, certify that:

1.  This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(C) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 273 words, as determined by Microsoft Office Word processing software.

2.  This document complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word in Times New Roman (14-point).

Dated: March 13, 2026.

By:   */s/Mark Anthony Ortega*
Mark Anthony Ortega


## CERTIFICATE OF SERVICE

I, Mark Anthony Ortega, hereby certify that on March 13, 2026, a true and correct copy of this Reply, including Exhibit A, was served via First-Class U.S. Mail, postage prepaid, upon the following:

Zachary Neman & Stern Rock Capital L.L.C.
7 Aspen Place
Great Neck, NY 11021

By:   */s/Mark Anthony Ortega*
Mark Anthony Ortega

# EXHIBIT A

**From:** **Mark Ortega** MOrtega@utexas.edu
**Subject:** Motion to File Electronically
**Date:** March 3, 2026 at 8:13 AM
**To:** Z N zachnem@gmail.com



Hi Zach,

Please let me know if you are unopposed or opposed to my forthcoming Motion to File Electronically with the Fifth Circuit Court of Appeals.

Regards,
Mark Anthony Ortega