# TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court <u>Western District of Texas San Antonio</u> District Court Docket No. <u>5:25-CV-00790-JKP-ESC</u>

Short Case Title <u>Ortega v. Stern Rock Capital LLC et al</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>N/A</u>

Date Notice of Appeal Filed in the District Court <u>02/24/2026</u>        Court of Appeals No. <u>5</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ☒ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding**.

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____

☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____

☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____

☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);

☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds

☒ Other <u>N/A</u>

Signature <u>/s/ Mark Anthony Ortega</u>        Date Transcript Ordered <u>02/25/2026</u>

Print Name <u>Mark Anthony Ortega</u>        Phone <u>210-744-9663</u>

Counsel for <u>Pro Se</u>

Address <u>152 Bedingfeld Dr, San Antonio, TX 78231</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____        Actual Number of Volumes _____

Date _____ Signature of Reporter _____