UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS

**NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

Mark Anthony Ortega v. Stern Rock Capital, L.L.C.; Zachary Neman No. 26-50171

The Clerk is requested to tax the following costs against: Defendants-Appellees Stern Rock Capital, L.L.C. and Zachary Neman

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee | | | | $ 600.00 | | | | |
| Appendix or Record Excerpts | | | | $ 0.00 | | | | $ 0.00 |
| Appellant's Brief | | | | $ 0.00 | | | | $ 0.00 |
| Appellee's Brief | | | | $ 0.00 | | | | $ 0.00 |
| Appellant's Reply Brief | | | | $ 0.00 | | | | $ 0.00 |
| Other: | | | | $ 0.00 | | | | $ 0.00 |
| | | | Total $ | $ 600.00 | Costs are taxed in the amount of $ | | | |

Costs are hereby taxed in the amount of $ ____________ this ____________ day of ____________, ________.

Thomas B. Plunkett, III, CLERK

State of Texas
County of Bexar

By ____________________
Deputy Clerk

I Mark Anthony Ortega, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 23 day of October, 2026.

(Signature)

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

Attorney for Plaintiff-Appellant, pro se